

E-FILED
Thursday, 16 February, 2006  11:16:38 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| IOWA MUTUAL INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 05-3073 ) |
| LARRY HENNINGS, et al., | ) ) |
| Defendants. | ) |

## OPINION

JEANNE E. SCOTT, U.S. District Judge:

This matter comes before the Court on Plaintiff Iowa Mutual Insurance Company's Motion for Default Judgment as to Defendants Larry Hennings and Hennings Feed and Crop Care, Inc. (d/e 41, 42, 43). U.S. Magistrate Judge Byron G. Cudmore previously entered a default as to Defendants Larry Hennings and Hennings Feed and Crop Care, Inc. on December 12, 2005 (d/e 37). The Court has reviewed the Motion, the supporting affidavit, and the court file, and finds Plaintiff Iowa Mutual Insurance Company's Motion For Default Judgment As To Defendants Larry Hennings And Hennings Feed and Crop Care, Inc. to be well taken.

THEREFORE, Plaintiff Iowa Mutual Insurance Company's Motion for Default Judgment as to Defendants Larry Hennings and Hennings Feed and Crop Care, Inc. (d/e 41, 42, 43) is ALLOWED.  The Court hereby enters a Judgment by Default in favor of Plaintiff Iowa Mutual Insurance Company and against Defendants Larry Hennings and Hennings Feed and Crop Care, Inc. for the declaratory relief sought by Plaintiff Iowa Mutual Insurance Company in Counts I, II and III of the First Amended Complaint filed herein.  By this Default Judgment, the Court hereby grants declaratory relief in favor of Iowa Mutual Insurance Company and against Defendants Larry Hennings and Hennings Feed and Crop Care, Inc. that it has no duty or obligation to defend and/or indemnify Defendants Larry Hennings and/or Hennings Feed and Crop Care, Inc. under Commercial General Liability Policy No. CC64734GL (Exhibit 1 to the First Amended Petition), Commercial General Liability Policy No. CC75895GL (Exhibit 2 to the First Amended Complaint) and/or Farm Liability Policy No. 9798448FL (Exhibit 3 to the First Amended Complaint) with regard to the lawsuit brought by John and Joy Wells on or about February 27, 2003 that was originally filed in the Circuit Court of Madison County, Illinois as Cause No. 03-L-279, and which has now been transferred to the Circuit Court of

Shelby County, Illinois. Further, Plaintiff Iowa Mutual Insurance Company is hereby awarded its costs in this action as against Defendants Larry Hennings and Hennings Feed and Crop Care, Inc.

IT IS THEREFORE SO ORDERED.

ENTER:   February 16, 2006.

       FOR THE COURT:

                                           s/ Jeanne E. Scott
                                           JEANNE E. SCOTT
                                UNITED STATES DISTRICT JUDGE