E-FILED
Thursday, 15 October, 2009  11:17:47 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
(SPRINGFIELD, ILLINOIS DIVISION)

| | |
|---|---|
| IOWA MUTUAL INSURANCE COMPANY, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Cause No. 3:05-cv-03073-JES-BGC |
| LARRY HENNINGS, an Individual, et al., | ) ) ) |
| Defendants. | ) |

### ORDER OF DISMISSAL *WITH PREJUDICE*

**THIS CAUSE** comes before the Court on PLAINTIFF IOWA MUTUAL INSURANCE COMPANY'S MOTION FOR DISMISSAL *WITH PREJUDICE* PURSUANT TO RULE 41(a)(2) OF THE FEDERAL RULES OF CIVIL PROCEDURE. The Court, having reviewed the Iowa Mutual's Motion and being duly advised in the premises;

**IT IS HEREBY ORDERED** that Plaintiff Iowa Mutual Insurance Company's Motion For Dismissal *With Prejudice* Pursuant To Rule 41(a)(2) Of The Federal Rules Of Civil Procedure is hereby **GRANTED**. This case and all causes of action therein are hereby dismissed *with prejudice*. Further, pursuant to the agreement of the parties as reflected by the signatures of their respective counsel set forth in Plaintiff Iowa Mutual Insurance Company's Motion For Dismissal *With Prejudice* Pursuant To Rule 41(a)(2) Of The Federal Rules Of Civil Procedure, each party is to be responsible for its own respective costs incurred in this matter.

This dismissal is effective as to this action for Declaratory Judgment only and shall have no effect on the on the Underlying Lawsuit and/or any remaining claims in the pending Underlying Lawsuit.

**SO ORDERED.**

Dated this 13th day of October, 2009.

s/Jeanne E. Scott
Hon. Jeanne E. Scott
United States District Judge